UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY SCHWARTZ-EARP, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED CALL CENTER TECHNOLOGIES, LLC, a limited liability company; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 3:15-cv-01582-MEJ <br><br> **[PROPOSED] ORDER RE STIPULATION RE ATTENDANCE OF SETTLEMENT CONFERENCE** <br><br> Conference Date: April 25, 2016 <br> Conference Time: 11:00 a.m. <br> Conference Judge: Hon. Kandis A. Westmore <br><br> [Stipulation filed concurrently] |

Having reviewed the Stipulation re Attendance of Settlement Conference, submitted jointly by Plaintiff ASHLEY SCHWARTZ-EARP ("Plaintiff") and Defendant ADVANCED CALL CENTER TECHNOLOGIES, LLC ("Defendant"), and good cause appearing therefor, the Court orders as follows:

1. Cory M. Teed may appear as counsel for Plaintiff at the April 25, 2016 Settlement Conference in this matter; and

2. Defendant's corporate representative may attend the same Conference telephonically.

IT IS SO ORDERED.

Dated: 4/13/16

_____
United States Magistrate Judge

- 1 -