UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASHLEY SCHWARTZ-EARP,

    Plaintiff,

  v.

ADVANCED CALL CENTER TECHNOLOGIES, LLC,

    Defendant.

Case No. 15-cv-01582-MEJ

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

**IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, a Case Management Conference will be held in this case before the Honorable Maria-Elena James on May 12, 2016 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. This conference shall be attended by <u>lead</u> trial counsel for parties who are represented. Parties who are proceeding without counsel must appear personally.

**IT IS FURTHER ORDERED** that no later than seven calendar days before the Case Management Conference, the parties shall file a Joint Case Management Statement containing the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/mejorders. The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms. No chambers copy is required.

As part of their statement, the parties shall indicate whether one or both of them thinks it would be beneficial to continue pending pretrial deadlines so the parties can continue their settlement negotiations.

**IT IS SO ORDERED.**

Dated: April 25, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge