UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ASHLEY SCHWARTZ-EARP, | Case No. 15-cv-01582-MEJ |
|---|---|
| Plaintiff, | |
| v. | **ORDER CONTINUING PRETRIAL/TRIAL DEADLINES AND REFERRING PARTIES FOR FURTHER SETTLEMENT CONFERENCE** |
| ADVANCED CALL CENTER TECHNOLOGIES, LLC, | |
| Defendant. | |

On May 12, 2016, the Court conducted a Further Case Management Conference in this matter to discuss the trial schedule. Pursuant to discussions at the conference, the Court hereby REFERS the parties for a further settlement conference with Magistrate Judge Kandis A. Westmore, preferably in July. If Judge Westmore is unavailable for a settlement conference, the parties shall inform the Court. All pending pretrial and trial deadlines are CONTINUED as follows. The instructions in the Court's previous case management order remain in effect.

| SUMMARY OF CASE MANAGEMENT DEADLINES | |
|---|---|
| Exchange of Pretrial Disclosures | 6/15/2016 |
| Deadline to File Pretrial Conference Statement and Related Disclosures, Motions in Limine, and Trial Briefs and Related Documents | 6/30/2016 |
| Deadline to File Motions in Limine Oppositions | 7/7/2016 |
| Pretrial Conference | 7/21/2016 at 10:00 a.m. |
| Final Pretrial Conference | 8/18/2016 at 10:00 a.m. |
| Jury Trial | 8/29/2016 at 9:30 a.m. (Duration: 3 days) |

**IT IS SO ORDERED.**

Dated: May 12, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge